IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Yalonda L. Harlee, | ) | C/A No. 4:19-3570-JD-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Schaeffler Group USA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff filed this civil action in December 2019. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On February 5, 2021, the court issued a Fourth Amended Scheduling Order in this matter granting the parties' motion for an extension of the deadline for filing dispositive motions until March 16, 2021. (ECF No. 24.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **March 26, 2021** and advise the court as to whether the case is ready for trial. If any party intends to seek leave for an extension in which to file a dispositive motion after the expiration of the court's deadline as ordered, it must establish the requisite showings in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 19, 2021
Columbia, South Carolina